# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JACKIE PETROTTO,**

      **Plaintiff,**

**v.**                                                             **Case No: 6:11-cv-627-Orl-22GJK**

**SOUTHERN HEALTHCARE MANAGEMENT, LLC and SOVEREIGN HEALTHCARE OF ORANGE CITY, LLC,**

      **Defendants.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 29) filed on July 3, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 31), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 16, 2012 (Doc. No. 30), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement is hereby GRANTED to the extent that the Court finds the parties' settlement is fair and reasonable.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on July 18, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record